```
KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7200
  Facsimile: (415) 436-7234
  E-mail: Timothy.Lucey@usdoj.gov

Attorneys for United States of America
```

FILED
06 MAY 12 AM 10: 43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MARTIN COLANGELO,<br><br>   Defendant. | No. CR 3 - 05 - 71011 EDL<br><br>[PROPOSED] SPEEDY TRIAL ORDER |

WHEREAS, MARTIN COLANGELO ("Colangelo") is charged in a criminal complaint with violation of 18 U.S.C. § 371, in an action brought by the United States Postal Inspection Service;

WHEREAS, Colangelo made his initial appearance on the aforesaid criminal complaint, before the Honorable Bernard Zimmerman, on March 2, 2006, and was detained;

WHEREAS, the parties previously entered into a stipulation and order waiving time under Rule 5.1 as well as excluding time under 18 U.S.C. § 3161 through May 12, 2006, in order to provide for effective preparation of counsel;

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]

WHEREAS, government counsel will be out of the office on extended family medical leave through mid-June 2006;

WHEREAS, the government is agreeable to delaying indictment in order to provide Colangelo and his attorney the opportunity to review discovery, and where, since arrest preceded indictment in this matter, it is unreasonable to expect return and filing of the indictment within the period specified in section 3161(b), and further where it is in the defendant's best interest to waive time under both Rule 5.1 to allow time for a resolution and disposition short of indictment for a further six (6) weeks, through Friday, June 30, 2006;

THEREFORE, the parties agree and stipulate as follows:

1. Colangelo hereby again waives his right to have a preliminary hearing conducted within 10 days of his initial appearance while out of custody, pursuant to Rule 5.1(c)-(d) of the Federal Rules of Criminal Procedure, taking into account the public's interest in the prompt disposition of criminal cases and for good cause shown;

2. Colangelo hereby again waives his right to have all of the charges contained in the criminal complaint on which she made his initial appearance on March 2, 2006, indicted within thirty days of his initial appearance, on or before April 2, 2006, as required by 18 U.S.C. § 3161(b);

3. The government and Colangelo hereby agree that any indictment by the government, as to charges contained in the criminal complaint, must be filed no later than **June 30, 2006**, pursuant to section 3161(h)(8)(B)(iii);

4. The government and Colangelo hereby mutually agree that any preliminary hearing and/or arraignment be held no later than **June 30, 2006**;

The undersigned parties, by and through their counsel, hereby agree and stipulate that this waiver of time under Rule 5.1 of the Federal Rules of Criminal Procedure and section 3161(b) of the Speedy Trial Act shall remain in place until June 30, 2006, because this is a case in which arrest preceded indictment, such that delay in the filing of the indictment is caused because the arrest occurred at time that is unreasonable to expect return and filing of the

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]

1  indictment as to all of the charges contained in the criminal complaint, within the period
2  specified in section 3161(b), pursuant to 18 U.S.C. § 3161(h)(8)(B)(iii).
3       Moreover, in light of defense counsel's ongoing efforts to review discovery, such that
4  good cause has been shown to continue the date for defendant's preliminary hearing taking into
5  account the public's interest in the prompt disposition of criminal cases, pursuant to F. R. Cr. P.
6  Rule 5.1(d), and further, because this waiver of time will ensure effective preparation of counsel
7  taking into account the exercise of due diligence, such that the ends of justice are served by
8  granting this continuance outweighs the best interest of the public and the defendant in a speedy
9  trial, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161 (h)(8)(B)(iv).

**IT IS SO STIPULATED.**

KEVIN V. RYAN  
United States Attorney

_____  
HARRIS TABACK, ESQ.  
for Defendant Martin Colangelo

_____  
TIMOTHY LUCEY  
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: May 11, 2006

_____  
HON. ELIZABETH D. LAPORTE  
United States Magistrate

SPEEDY TRIAL ORDER  
[CR 3 05 71011 EDL]